

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SHERMAN HOUSER | : | NO. 08-759 |

FILED:
SEP 24 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 24th day of September, 2009, upon consideration of the Motion of Defendant Sherman Houser for the entry of a judgment of acquittal (Docket No. 52) and the Government's response thereto (Docket No. 58), for the reasons set forth in the accompanying Memorandum, the Motion is **DENIED**.

BY THE COURT:

_____
Gene E.K. Pratter
United States District Judge